UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY CANDLER, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>SHANNON CARTER, an individual,<br><br>            Defendant. | No.  CIV. S-13-2072 LKK/CMK<br><br>**ORDER** |

Plaintiff filed her complaint on October 7, 2013. Summons issued the same day. Plaintiff has not yet served defendant. A status conference is set for January 13, 2014.  As defendant has not yet been served, plaintiff will be granted period of up to forty-five days in which to serve summons and complaint, file a motion for service by publication, or, in the alternative, a notice of voluntary dismissal.[1]  The status conference will be continued to March 10, 2014.

---

[1] Plaintiff may, as appropriate, file a motion to extend the time for completion of service of process. See Fed. R. Civ. P. 4(m).  Nothing in this order shall be construed as a sua sponte grant of the time for service of process set by said rule.

1

In accordance with the above, the court hereby orders as follows:

[1]  Plaintiff is GRANTED forty-five days from the date of this order in which to serve summons and complaint, file a motion for service by publication, or, in the alternative, a notice of voluntary dismissal.

[2]  The status conference set for January 13, 2014 is CONTINUED to March 10, 2014 at 10:00 a.m. Parties shall file status reports fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

DATED:  January 7, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT