NAOMI JANE GRAY (SBN 230171)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
ngray@harveysiskind.com

Attorneys for Plaintiff
ASHLEY CANDLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ASHLEY CANDLER, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SHANNON CARTER, an individual,<br><br>　　　　　Defendants | Case No. 13-cv-02072-LKK-CMK<br><br>**DECLARATION OF ASHLEY CANDLER IN SUPPORT OF *EX PARTE* APPLICATION FOR SERVICE BY PUBLICATION AND EXTENSION OF TIME**<br><br>**HONORABLE LAWRENCE K. KARLTON** |

I, ASHLEY CANDLER, declare as follows:

1. I am the Plaintiff in the above-captioned action. I make this declaration freely and of my own personal knowledge except where otherwise indicated. If I were called as a witness, I could and would testify competently as to the facts stated herein.

2. In December, 2010, I took a video (the "Video") of my son, who was then a toddler, in the bathtub, teasing our family dachshund with a bath toy. In the Video, the dachshund repeatedly jumps for the toy and misses, causing my son to laugh adorably. The Video lasts approximately one minute.

3. I own U.S. Copyright Registration No. PA 1829720 for the Video.

4. On January 12, 2011, I posted the Video to YouTube so that friends and family could view it. Later, I learned that the Video was displayed on Defendant's YouTube channel,

sweetfacesjc. I viewed the Video on the sweetfacesjc channel and observed that it had been uploaded on January 13, 2011. I did not authorize anyone to post the Video to the sweetfacesjc YouTube channel.

5. In a caption to the Video on Defendant's YouTube channel, Defendant claimed that the Video showed "my nephew cracking up while teasing the dog with his toy. Original content taken by me with my Droid phone. I own all content copyrights to this video." These statements were false. Annexed hereto as Exhibit A is a true and correct copy of a screen shot I made of the sweetfacesjc channel showing the Video and the caption.

6. In addition to copying and publicly displaying the video without authorization, I observed that Defendant "monetized" the video by authorizing YouTube to insert advertisements into the video that play each time the video is clicked by a third-party viewer. On information and belief, Defendant is paid each time a viewer watches the video with the advertisements.

7. On information and belief, Defendant has also licensed "Bath Time Fun" to third parties, and/or encouraged third parties to link to "Bath Time Fun" or copy "Bath Time Fun" to third party websites. In addition to YouTube, "Bath Time Fun" has appeared on such websites as www.mashable.com, www.cafemom.com, and others apparently hosted around the world, all without my authorization or knowledge. Some of these third-party websites, such as www.mashable.com, linked directly to "Bath Time Fun" as it appeared on Defendant's YouTube channel.

8. On May 8, 2013, through my attorney, I served a DMCA takedown notice on YouTube pursuant to 17 U.S.C. § 512(c)(3). YouTube disabled access to the Video on the sweetfacesjc channel on May 9, 2013.

9. Defendant served a DMCA counternotice (the "Counternotice") pursuant to 17 U.S.C. §512(g) on May 13, 2013. In the Counternotice, Defendant swore under penalty of perjury that she had a "good faith belief" that Candler's video was removed from Defendant's YouTube "due to a mistake or misidentification of the material to be removed or disabled." This statement was false.

10. As a result of Defendant's false statement, YouTube restored access to the Video on

1  Defendant's channel, and I suffered damages as a result.

2      I declare under penalty of perjury under the laws of the State of California that the
3  foregoing is true and correct, and that this declaration was executed on February 20, 2014, in
4  Paradise, California.

                                                                                  Ashley Candler

-3-

# EXHIBIT A



## Bath time fun. Super cute!

**sweetfacesjc** · 11 videos

Subscribe 6,340

**58,090,225**

86,776  6,607

Like

About   Share   Add to

**Uploaded on Jan 13, 2011**
This is guaranteed to make you smile! Baby bath time fun!

This is a video of my nephew cracking up while teasing the dog with his toy. Original content taken by me with my Droid phone. I own all content copyrights to this video.

Category   Entertainment
License    Standard YouTube License

**Show less**

**Top Comments**

**onemoviemaker** · 4 days ago
The mother did not take the photo! Why don't you do a little research before blasting your