NAOMI JANE GRAY (SBN 230171)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
ngray@harveysiskind.com

Attorneys for Plaintiff
ASHLEY CANDLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ASHLEY CANDLER, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>SHANNON CARTER, an individual,<br><br>        Defendants | Case No. 13-cv-02072-LKK-CMK<br><br>**DECLARATION OF NAOMI JANE GRAY IN SUPPORT OF *EX PARTE* APPLICATION FOR SERVICE BY PUBLICATION AND EXTENSION OF TIME**<br><br>**HONORABLE LAWRENCE K. KARLTON** |

I, Naomi Jane Gray, declare as follows:

1.      I am a member of the law firm Harvey Siskind LLP, counsel of record for Plaintiff, Ashley Candler ("Candler"). I make this declaration on personal knowledge except where otherwise indicated. If called as a witness, I would and could testify competently to the matters set forth herein.

Attempts to Resolve the Dispute Without Resort to Litigation.

2.      On May 8, 2013, I sent a DMCA takedown notice to YouTube pursuant to 17 U.S.C. § 512(c)(3) directing YouTube to disable access to a video owned by Candler (the "Video") and displayed without her authorization on Defendant's YouTube channel, sweetfacesjc. YouTube disabled access to the Video on the sweetfacesjc channel on May 9, 2013.

-1-

3.     Defendant served a DMCA counternotice (the "Counternotice") pursuant to 17 U.S.C. §512(g)(3) on May 13, 2013.  In the Counternotice, Defendant swore under penalty of perjury that she had a "good faith belief" that Candler's video was removed from Defendant's YouTube "due to a mistake or misidentification of the material to be removed or disabled."  A true and correct copy of the Counternotice is annexed hereto as Exhibit A.

4.     In the Counternotice, Defendant also explicitly consented to the jurisdiction of the Federal District Court for the district in which her address was located.  Defendant identified her address as a Post Office box in Bakersfield, California. (Exh. A.)

5.     After YouTube forwarded the Counternotice to my office, I attempted to contact Defendant by sending Defendant a letter by certified U.S. mail, return receipt requested, to the Bakersfield Post Office box address that Defendant provided in the Counternotice.  The Post Office returned the letter to me bearing the notation "Refused."  A true and correct copy of the envelope bearing the notation is annexed hereto as Exhibit B.

6.     After the letter was returned to me, I telephoned the Bakersfield Post Office and asked what the notation meant.  A Post Office representative informed me that Defendant had seen the letter in her box but "didn't want it."

7.     I also attempted to contact Defendant by telephone, leaving two voicemail messages for Defendant on the voicemail associated with the telephone number that she provided in the Counternotice.  Defendant never called me back.

8.     Finally, I sent Defendant a letter by email to the email address that Defendant identified as belonging to her in the Counternotice.  Defendant never responded to any of these communications. A true and correct copy of the email is annexed hereto as Exhibit C.  I later learned that a third party who attempted to license the Video from Defendant had exchanged correspondence with Defendant through the same email address.

9.     Defendant never responded to any of my attempts to reach her.

Defendant Goes Underground After Candler Files Suit.

10.     Candler filed this action for copyright infringement, contributory copyright infringement and misrepresentation on October 7, 2013.  I viewed the Video on the sweetfacesjc

-2-

YouTube channel on the morning of October 7, 2013. As of that morning, the Video had been viewed more than 70 *million* times. A true and correct copy of a screen shot I created from the sweetfacesjc channel showing the Video and its associated page views on October 7, 2013 is annexed hereto as Exhibit D. Defendant's YouTube channel and Facebook page also included references, video and photographs of a teacup chihuaua referred to as "Frannie Mojo Mouse Carter."

11.    Days later, on October 11, 2013, I checked Defendant's YouTube channel and discovered that Defendant had removed the Video. I also discovered that Defendant had deleted or disabled access to her Facebook page and changed the location information on her LinkedIn profile from Avila Beach, California to "the Greater Los Angeles area."

Candler's Efforts to Locate Defendant.

12.    I undertook extensive efforts to locate and serve Defendant with process, retaining the services of a private investigator; scouring the Internet, including social media sites and publicly available paid databases; sending waivers of service to Post Office boxes in two different states; and retaining process servers to attempt service at four separate physical addresses in two states.

13.    I retained the services of a private investigator to locate Defendant. The investigator initially identified three "probable current addresses" for Defendant: one at 1720 Tonini Drive, San Luis Obispo, California; one at 571 Newport Avenue, Grover Beach, California; and one at 727 Bell Road, Antioch, Tennessee.

14.    I also engaged in extensive online research in an effort to locate Defendant, running numerous searches using Google and other search engines, and searching various publicly available paid databases. I discovered, among other things, a LinkedIn profile associated with Defendant. When I first viewed Defendant's LinkedIn profile, it identified Defendant as residing in Avila Beach, California, a community adjacent to San Luis Obispo.

15.    At the time I sent the DMCA takedown notice on Candler's behalf, Defendant's YouTube channel, sweetfacesjc, provided a link to her Facebook profile. I viewed the profile many times over a period of months. A photograph of a beach scene posted on Defendant's timeline in mid-2013 was captioned, "our Saturday morning usual," and tagged to Avila Beach, California. Defendant's profile stated that Defendant was "in a relationship" with an individual named Kimmy

-3-

Carter ("Kimmy"). Following the United States Supreme Court's DOMA opinion in the summer of 2013, Defendant posted on her Facebook timeline, "I'm getting MARRIED!!!!" Defendant also posted a photograph of herself with her arm around another woman. Kimmy was included among Carter's Facebook friends, and I was able to view Kimmy's Facebook page by clicking on her name in Defendant's list of Facebook friends. I viewed Kimmy's Facebook page many times.

16. I also discovered and viewed Kimmy's LinkedIn profile. That profile indicated that she was the manager of the de Tolosa Ranch Apartment Community ("de Tolosa Ranch") in San Luis Obispo, California. I then viewed the webpage for the de Tolosa Ranch, www.detolosaranch.com. The website listed a physical address for de Tolosa Ranch of 1704 Tonini Drive, San Luis Obispo, California, and identified "Kim Carter" as the Assistant Community Manager.[1] I reviewed publicly available satellite photos of de Tolosa Ranch that showed that the complex includes several buildings spread over a few blocks.

17. The de Tolosa Ranch website identified an additional employee, a Cheryl DeLaby, the Leasing Consultant. I telephoned the de Tolosa Ranch office and spoke with a woman who answered the phone and identified herself as "Cheryl." I asked to speak with Shannon Carter. Cheryl asked, "Do you mean Kim Carter?" I responded that I understood that Shannon Carter lived at de Tolosa Ranch and was trying to reach her. Cheryl stated, "Shannon Carter is a resident," but that I had reached the office and not Defendant's apartment. Cheryl would not provide any further information about Defendant.

Candler Attempts to Serve Defendant.

18. I sent a waiver of service, by certified mail, to the Bakersfield Post Office address that Defendant identified as her address in the Counternotice. The waiver was returned, unopened, with a notation indicating that Defendant had directed that mail sent to the Bakersfield Post Office box address be forwarded to a Post Office box in Lebanon, Tennessee. A true and correct copy of the envelope with the forwarding address is annexed hereto as Exhibit E.

---

[1] As of the time of this writing, the de Tolosa Ranch website continues to identify "Kim Carter" as its Assistant Community Manager.

-4-

19.    I also instructed a process server to attempt to serve Defendant personally at the Grover Beach, California address.

20.    Based on the investigator's association of the Tonini Drive address with Defendant, and the additional evidence linking Defendant to the San Luis Obispo area generally and Kim Carter and de Tolosa Ranch specifically, I instructed a process server to attempt to serve process on Defendant at 1720 Tonini Drive, apt. 100.

21.    After additional evidence uncovered by the process server and private investigator associated Defendant with a different apartment within de Tolosa Ranch, I instructed the process server to serve Defendant at that address, 1604 Tonini Drive, Apt. 3.

22.    While simultaneously attempting to serve process personally, I also sent multiple waivers of service to the various potential addresses associated with Defendant.  In addition to sending the waiver of service to the Bakersfield Post Office Box, I sent a waiver of service to the 1630 Tonini Drive address.  Defendant, however, had apparently forwarded her mail from that address to another Post Office box, this one in Lebanon, Tennessee.

23.    When I discovered, by checking the tracking number with the Post Office, that the waiver had been forwarded, I telephoned the Lebanon, Tennessee Post Office to inquire about the status of delivery.  By that time – approximately a month after having sent the waiver – the waiver was on its way back to me, as Defendant had failed to collect it from the Post Office Box.  A true and correct copy of the return envelope is annexed hereto as Exhibit F.

24.    During two separate telephone calls with two separate Post Office employees, the Post Office confirmed that (1) the box in question was registered to Shannon Carter; and (2) mail was regularly being retrieved from the box.  One postal employee stated that, based on the age of the mail in the box on the date of counsel's telephone call, mail was being retrieved regularly, as the oldest mail was three days old.  The employee confirmed that the waiver was likely in the box when the box was checked by its owner, but the owner did not collect the waiver.

25.    I also sent a waiver of service directly to the Lebanon Post Office box.  That waiver was returned to my office on February 18, 2014, with the indication that it had not been collected.  A true and correct copy of the return envelope is annexed hereto as Exhibit G.

-5-

GRAY DECL. ISO *EX PARTE* APPLICATION FOR
SERVICE BY PUBLN & EXT OF TIME                     Case No: 13-cv-02072-LKK-CMK

26.    I instructed the process server to obtain the physical address associated with the Lebanon Post Office box.  I then instructed the process server to attempt to personally serve Defendant at that physical address.  The residents at the address informed the process server that Defendant did not live there, and disavowed any knowledge of Defendant.

27.    I then asked the private investigator to do additional research to attempt to confirm Defendant's physical address.  The investigator confirmed that the 1630 Tonini Drive address was associated with Defendant and Kimmy, and also discovered the telephone number associated with that address.  When the investigator called the number, the answering machine message stated, "You've reached Kimberly, Shannon and Frannie."

28.    Finally, the California process server conducted a stakeout of the 1630 Tonini Drive address.  She did not observe anyone entering or leaving the apartment.  An individual was visibly at home in the apartment, but would not answer the door, and the process server was unable to effect service of process.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on February 21, 2014, in Breckenridge, Colorado.

/ s /
_____
Naomi Jane Gray

-6-

# EXHIBIT A

**Marissa Lara**

| | |
|---|---|
| **From:** | YouTube Service <copyright@youtube.com> |
| **Sent:** | Monday, May 13, 2013 11:14 AM |
| **To:** | Marissa Lara |
| **Subject:** | Re: [#1282793171] New Copyright Counter-Notification |



Hi there, We received the attached counter notification in response to a complaint you filed with us. We're providing you with the counter notification and await your notice (in not more than 10 business days) that you've filed an action seeking a court order to restrain the counter notifier's allegedly infringing activity. Such notice should be submitted by replying to this email. If we don't receive notice from you, we may reinstate the material to YouTube. If you have any questions, please contact copyright@youtube.com. Sincerely, The YouTube Team Counter-Notification as follows: Videos included in counter-notification: http://www.youtube.com/watch?v=GMuZdN84PJg http://www.youtube.com/watch?v=fw5vgr4rRco Display name of uploader: sweetfacesjc I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled. I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant. Shannon Carter PO BOX 9664 Bakersfield, CA 93389 shannonsjc@gmail.com 3233013636

Help center Email options Report spam

©2013 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

1

# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Shannon J. Carter
P.O. Box 9664
Bakersfield, CA 93389

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7011 0110 0000 8263 9953

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540





# EXHIBIT C

**Dana Deleon**

---

| | |
|---|---|
| **From:** | Naomi Jane Gray |
| **Sent:** | Thursday, February 20, 2014 2:03 PM |
| **To:** | Dana Deleon |
| **Subject:** | FW: Copyright Infringement of "Bath Time Fun" |
| **Attachments:** | Letter to Shannon J. Carter re cease and desist letter.130515 (00015052).PDF |

**From:** Marissa Lara
**Sent:** Wednesday, May 15, 2013 10:48 AM
**To:** 'shannonsjc@gmail.com'
**Cc:** Naomi Jane Gray
**Subject:** Copyright Infringement of "Bath Time Fun"

Dear Ms. Carter:

I am the legal assistant to Ms. Naomi Jane Gray.  Per Ms. Gray's instruction, I am emailing you the attached letter.  Please call me if you encounter any problems with this transmission.  Thank you.

Sincerely,

Marissa Lara

Marissa N. Lara
Harvey Siskind LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA  94111
Tel.: (415) 354-0102
Fax: (415) 391-7124

HARVEY ◨ SISKIND LLP

May 15, 2013                                                    Naomi Jane Gray

**BY EMAIL AND FEDEX EXPRESS**

Ms. Shannon J. Carter
P.O. Box 9664
Bakersfield, CA 93389
shannonsjc@gmail.com

      Re:     <u>Copyright infringement of "Bath Time Fun"</u>

Dear Ms. Carter:

      This firm represents Ashley Candler, the exclusive owner of U.S. Copyright Registration No. PA 1-829-720 for the audiovisual work entitled "Bath Time Fun" (the "Video"). It has come to our attention that you have reproduced and displayed the Video on the YouTube channel "sweetfacesjc," and apparently authorized others to reproduce and display the Video, all without Ms. Candler's authorization. Moreover, you have "monetized" the Video on YouTube and are apparently earning revenue from the placement of advertising in connection with the Video and from licensing the Video to third parties. These actions infringe Ms. Candler's copyright in "Bath Time Fun."

      Accordingly, Ms. Candler demands that you <u>immediately</u>:

1.     Cease all use, reproduction, display, and licensing of the Video;

2.     Identify all revenues generated by your use, reproduction, display, and licensing of the Video;

3.     Certify under oath that you have destroyed all copies of the Video in your possession, custody or control; and

4.     Confirm in writing to the undersigned no later than **May 22, 2013** that you shall fully and promptly comply with each of the foregoing demands.

      Should you fail to comply with the above demands by the close of business on May 22, 2013, we will consider taking all appropriate action against you without further notice to you.

{00012767;1}
FOUR EMBARCADERO CENTER     39TH FLOOR    SAN FRANCISCO    CALIFORNIA    94111
TELEPHONE 415.354.0100     FACSIMILE 415.391.7124    WWW.HARVEYSISKIND.COM

Ms. Shannon J. Carter
May 15, 2013
Page 2


  This letter is without prejudice to Ms. Candler's rights and remedies, all of which are expressly reserved.

       Very truly yours,


       Naomi Jane Gray

# EXHIBIT D

 sweetfacesjc

Upload  naomijanegray@gmail.com



### Bath time fun. Super cute!

 sweetfacesjc   12 videos

Subscribe   11,427

70,492,097

110,112      8,728

Like                          About    Share    Add to

Published on Jan 13, 2011
This is guaranteed to make you smile! Baby bath time fun!

Show more

**Top Comments**

 RALAMA2992   17 hours ago

This baby is the King of trolls. XD

Reply · 7

 sAlainVideos   17 hours ago

cutest video ever

Reply ·

**All Comments (12,544)**

 ‹ Leave a comment.

11dltkdwls1831   40 minutes ago

Baby is know how play dog

Reply ·

Selena Gomez   3 hours ago

lol

Reply ·

YP831   11 hours ago

How can anyone dislike this!!!! -___-

Reply ·

 **You Need To See This**
by buzzquote
32,149 views
Ad

 **Big Papi rips RBI double for 2,000th hit**
by MLB
196,697      FEATURED

 **Dog sings while the baby cries**
by Stefan Krkalovic
23,995,115 views

 **Baby vs Beagle part 2**
by chaseaires
16,027,435 views

 **Can't keep Tucker out of the pool!**
by liibbbyyyy
7,264,880 views

 **Twins mimic Daddy's Sneeze | Sneezing**
by twinnerwinners
9,048,219 views

 **How to make a baby stop crying**
by Jnaef
8,600,332 views

 **No one puts Sasha in the back seat**
by littlerockette
1,260,163 views

 **Best ever laughing baby**
by Jessika Lynch
15,444,149 views

 **Twins Putting Themselves to Bed**
by familyfunpack
8,573,945 views

 **baby and dog play with hose**
by s2nlbedn
13,326,772 views

 **Bebe y perro luchan sin control**
by 789Ne
13,724,408 views

 **Dog's dream comes true!**
by njalakomboya
7,545,377 views

 **British Bulldog - Tierliebe - baby and**
by adibu64
2,493,172 views
0:41

**4 year old dancer Shakira**
by Michael Steckler
78,201,483 views
0:39

**Charlie bit my finger - again !**
by HDCYT
570,697,086 views
0:56

**alyna grigoras**   12 hours ago

the baby l s laugh because the dog can t get th etoy funny l s so little angels when is little ,compliments for the video and kisses

Reply   ·

**The Watts Sisters**   13 hours ago

This is what you watch when you have a bad day!

Reply   ·

**jessica gurrola**   16 hours ago

aegx. fdidf

Reply   ·

**RALAMA2992**   16 hours ago

not a literal trolli. A practical jokester troll.

Reply   ·          in reply to chasinglighttoo (Show the comment)

**chasinglighttoo**   16 hours ago

Why did you watch it?

Reply   ·

**chasinglighttoo**   16 hours ago

8,709 very sad, miserable people out there.

Reply   ·

**chasinglighttoo**   16 hours ago

Don't be so jealous just because you're not cute

Reply   ·          in reply to RALAMA2992 (Show the comment)

Show more

I don't like you
**Mommy - Cookies Kid**
by Cookies Kid
0:37   108,250,702 views

**Best Funny Video
Ever**
by chjawi
1:26   35,236,835 views

**Cat's Reaction To Fart**
by Buying New Soul
4,719,158 views
0:27

**Baby Scared By
Mommy's Laugh**
by Mikey Trailz
0:26   3,692,305 views

**A Star is Born**
by mirandy54
14,231,513 views
0:45

Load more suggestions

Language: English  ▾    Country: Worldwide  ▾    Safety: Off  ▾    Help  ▴

About    Press & Blogs    Copyright    Creators & Partners    Advertising    Developers

Terms    Privacy    Policy & Safety    Send feedback    Try something new!

# EXHIBIT E



**HARVEY SISKIND LLP**
FOUR EMBARCADERO CENTER
39TH FLOOR
SAN FRANCISCO, CA 94111

CART664  933893015-1113       10/29/13
RETURN TO SENDER
CARTER SHANNON
PO BOX 3423
LEBANON TN 37088-3423

RETURN TO SENDER

7013 1090 0000 6242 9705

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>*Shannon Carter*<br>*P.O. Box 9664*<br>*Bakersfield, CA 93389* | D. Is delivery address different from Item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7013 1070 0000 6242 9705 | |

# EXHIBIT F



UNITED STATES POSTAGE
$ 007.
02 1P
00032005578
MAILED FROM ZIP CODE
NOV 2

RECEIVED
JAN 09 2014
BY:



12/3

HARVEY SISKIND LLP
FOUR EMBARCADERO CENTER
39TH FLOOR
SAN FRANCISCO, CA 94111

11/27/13

UNCLAIMED

7011 0110 0000 8263 9601

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shannon Carter
1630 Jomini Drive, Apt. 3
San Luis Obispo, CA 93405

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7011 0110 0000 8263 9601

# EXHIBIT G

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

RETURNED
TO
SENDER

Shannon Carter
P.O. Box 3423
Lebanon, TN  37088-3423

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7012 2920 0002 2336 8201

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNCLAIMED

Sh___ Carter
P.
L.

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

HARVEY SISKIND LLP
FOUR EMBARCADERO CENTER
39TH FLOOR
SAN FRANCISCO, CA 94111

7012 2920 0002 2336 8201

CERTIFIED MAIL

RECEIVED
FEB 1 8 2014

Per



02 1P   $ 007.570
0003200578   JAN 06 2014
MAILED FROM ZIP CODE 94111