NAOMI JANE GRAY (SBN 230171)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
ngray@harveysiskind.com

Attorneys for Plaintiff
ASHLEY CANDLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ASHLEY CANDLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHANNON CARTER, an individual,<br><br>Defendants | Case No. 13-cv-02072-LKK-CMK<br><br>**DECLARATION OF JEFF LANCASTER IN SUPPORT OF *EX PARTE* APPLICATION FOR SERVICE BY PUBLICATION AND EXTENSION OF TIME**<br><br>**HONORABLE LAWRENCE K. KARLTON** |

I, JEFF LANCASTER, declare as follows:

1. I am the President of JPL Process Service ("JPL"). I make this declaration freely and of my own personal knowledge except where otherwise indicated. If I were called as a witness, I could and would testify competently as to the facts stated herein.

2. JPL was retained to effect service of process on Defendant in the above-referenced action. JPL's efforts to serve process on Defendant in San Luis Obispo, California, are detailed in the Declaration of Non-Service and Supplemental Declaration of Non-Service by Christina M. Robertson, submitted in connection with this *ex parte* application.

3. JPL also engaged in a variety of efforts to determine Defendant's place of residence. After attempts to serve Defendant at 1720 Tonini Drive, Apt. 100, San Luis Obispo, California were unsuccessful, I performed a "skip trace" relating to Defendant, and learned that she was reporting her

-1-

1. her current address to her credit agencies as 1604 Tonini Drive, Apt. 3, San Luis Obispo, California.

4. I also submitted a Request for Change of Address or Boxholder Information Needed for Service of Legal Process (the "Request for Change of Address") to the United States Post Office to determine where Defendant was forwarding her mail from the 1720 Tonini Drive, Apt. 100 address. The Post Office responded that Defendant had forwarded her mail to P.O. Box #3423, Lebanon, Tennessee. A true and correct copy of the Request for Change of Address that the Post Office returned to me is annexed hereto as Exhibit A.

5. I then submitted a Request for Change of Address or Boxholder Information needed for Service of Legal Process (the "Request for Boxholder Information") to the United States Post Office to determine the physical address associated with the Lebanon Post Office box. The Post Office responded that the physical address was 1639 Murfreesboro Road, #130, Lebanon, Tennessee. A true and correct copy of the Request for Boxholder Information that the Post Office returned to me is annexed hereto as Exhibit B.

6. I also submitted a Request for Change of Address or Boxholder Information needed for Service of Legal Process (the "Bakersfield Request") to the United States Post Office to determine where Defendant was forwarding her mail from as Post Office box associated with Defendant in Bakersfield, California. The Post Office responded that Defendant had forwarded her mail to the same Post Office Box in Tennessee.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on February 20, 2014, in Midway City, California.

_____
Jeff Lancaster

LANCASTER DECL. ISO *EX PARTE* APPLICATION FOR
SVC BY PUBLN AND EXT OF TIME

Case No: 13-cv-02072-LKK-CMK

# Exhibit A

Our File#: **31861**

Date: **10/15/2013**

Postmaster: **San Luis Obispo, CA 93405**

### Request for change of address or boxholder
### Information needed for service of legal process

Please furnish the new address or the name and street address (if a boxholder) for the following:

Name: **SHANNON CARTER**

Address: **1720 TONINI DRIVE APT 100, San Luis Obispo, CA 93405**

Note: The name and last known address are required for change of address information. The name, if known, and the post office box address are required for boxholder information.

The following information is provided in accordance with 39 CFR 265.6(d) (6) (ii). There is no fee for providing boxholder information. The fee for providing change of address information is waived in accordance with 39 CFR 256.6(d) (1) and (2) and corresponding Administrative Support Manual 352.44a and b.

Capacity of requester: **PROCESS SERVER**

Statute or regulation that empowers me to serve process (not required when requester is an attorney or a party acting pro se, except a corporation acting pro se must cite statutes):

The names of all known parties to the litigation:
**ASHLEY CANDLER, SHANNON CARTER**

The court in which the case has been or will be heard:
**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

The docket or identifying number (if issued): **2:13-CV-02072LKK-CMK**

The capacity in which this individual is to be served: **Defendant/Witness**

### WARNING

The submission of false information either (1) to obtain and use change of address information or boxholder information for any purpose other than the service of legal process in connection with actual or prospective litigation or (2) to avoid payment of the fee for change of address information could result in criminal penalties including a fine up to $10,000 or imprisonment of not more than 5 years, or both (Title 18 U.S.C. Section 1001).

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in connection with actual or prospective litigation.

**RICHARD MARTIN**

PO BOX 918
MIDWAY CITY, CA. 92655
Ph: 866.754.0520 – Fax: 866.684.4815
Info@JPLPS.com

### FOR POST OFFICE USE ONLY                          POSTMARK

X  New address or the boxholder's name and street address

Carter Shannon
P.O. BOX # 3423
Lebanon, TN 37088-3423

___ Not known at address given

___ Moved, left no forwarding address

___ No such address

___ No change of Address Order on File

___ Good as addressed

# Exhibit B

Our File#: **31861**  Date: **10/29/2013**

Postmaster: **LEBANON, TN 37088-3423**

### Request for change of address or boxholder
### Information needed for service of legal process

Please furnish the new address or the name and street address (if a boxholder) for the following:

Name: **SHANNON CARTER**

Address: **P.O. BOX 3423, LEBANON, TN 37088-3423**

Note: The name and last known address are required for change of address information. The name, if known, and the post office box address are required for boxholder information.

The following information is provided in accordance with 39 CFR 265.6(d) (6) (ii). There is no fee for providing boxholder information. The fee for providing change of address information is waived in accordance with 39 CFR 256.6(d) (1) and (2) and corresponding Administrative Support Manual 352.44a and b.

Capacity of requester: **PROCESS SERVER**

Statute or regulation that empowers me to serve process (not required when requester is an attorney or a party acting pro se, except a corporation acting pro se must cite statutes):

The names of all known parties to the litigation:
**ASHLEY CANDLER, SHANNON CARTER**

The court in which the case has been or will be heard:
**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

The docket or identifying number (if issued): **2:13-CV-02072LKK-CMK**

The capacity in which this individual is to be served: **Defendant/Witness**

### WARNING

The submission of false information either (1) to obtain and use change of address information or boxholder information for any purpose other than the service of legal process in connection with actual or prospective litigation or (2) to avoid payment of the fee for change of address information could result in criminal penalties including a fine up to $10,000 or imprisonment of not more than 5 years, or both (Title 18 U.S.C. Section 1001).

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in connection with actual or prospective litigation.

_[signature]_
**RICHARD MARTIN**

PO BOX 918
MIDWAY CITY, CA. 92655
Ph: 866.754.0520 – Fax: 866.684.4815
Info@JPLPS.com

**FOR POST OFFICE USE ONLY**  **POSTMARK**

\_\_\_\_ Not known at address given

\_\_\_\_ Moved, left no forwarding address

\_\_\_\_ No such address

\_\_\_\_ No change of Address Order on File

New address or the boxholder's name and street address

1639 MURFREESBORO RD #130
LEBANON TN 37090

[Postmark: LEBANON TN, NOV - 1 2013, USPS - 37087]