NAOMI JANE GRAY (SBN 230171)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
ngray@harveysiskind.com

Attorneys for Plaintiff
ASHLEY CANDLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ASHLEY CANDLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHANNON CARTER, an individual,<br><br>Defendants | Case No. 13-cv-02072-LKK-CMK<br><br>**DECLARATION OF KELLY MATTMULLER IN SUPPORT OF *EX PARTE* APPLICATION FOR SERVICE BY PUBLICATION AND EXTENSION OF TIME**<br><br>**HONORABLE LAWRENCE K. KARLTON** |

I, KELLY MATTMULLER, declare as follows:

1. I am the Assistant Vice President of Kessler International ("Kessler"). I make this declaration freely and of my own personal knowledge except where otherwise indicated. If I were called as a witness, I could and would testify competently as to the facts stated herein.

2. Kessler was retained in the above-captioned action to investigate the location of the Defendant.

3. Our first report regarding the matter dated May 8, 2013 delineated a variety of areas investigated relative to the defendant, including address history, which at the time included probable current addresses of 1720 Tonini Drive, Apartment 100, San Luis Obispo, CA; 571 Newport Avenue, Grover Beach, CA; 727 Bell Road, Apartment 214, Antioch, Tennessee; and P.O. Box 966, Bakersfield, CA.

4. A Facebook account was also obtained relative to Shannon Carter wherein it was stated she is in a domestic partnership with an individual named Kimmy Carter as of October 19, 2009.

5. A YouTube account in connection with Shannon Carter was also secured under the username sweetfacesjc. Two videos that appear to be identical were noted, one of which is titled "Bath time fun. Super cute!" The seemingly identical video is titled "Babies Laughing at Dogs Supercut."

6. Nationwide database research subsequently conducted in January of 2014 obtained an address associated with the defendant since August of 2013 of 1630 Tonini Drive in San Luis Obispo, CA. This first phase of the investigation additionally incorporated searches relative to the criminal history of the defendant, associated employment, Internet research and research of relevant media and news articles in attempts to determine the Defendant's current location.

7. This research returned a list of individuals associated with the address including the previously identified associate of the Defendant, Kimberly Carter aka Kimberly Saevig and the Defendant listed as Shannon Jean Carter.

8. The telephone number of 805-439-0902 was found associated with the address.

9. An additional search specifically applicable to this telephone number was conducted and it was determined to be listed to Kimberly Carter at the 1630 Tonini Drive address.

10. A telephone call was then placed to the 805-439-0902 telephone number that was secured on January 20, 2014 at 9:32 a.m., which was answered by a voicemail message stating, "Hey, you've reached Kim, Shannon, and Frannie Carter. Please leave a message, and we'll call you back."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on February 21, 2014, in New York, New York.

_____
Kelly Mattmuller

-2-