| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> NAOMI JANE GRAY (Bar#: ) <br> HARVEY SISKIND LLP <br> 4 EMBARCADERO CENTER, 39TH FLOOR <br> SAN FRANCISCO, CA 94111 <br> TELEPHONE NO.: 415-354-0100   FAX NO. (Optional): 415-391-7124 <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF DISTRICT COURTS <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: , CA <br> BRANCH NAME: | |
| PLAINTIFF/PETITIONER: ASHLEY CANDLER | CASE NUMBER: |
| DEFENDANT/RESPONDENT: SHANNON CARTER | 2:13-CV-02072LKK-CMK |
| **DECLARATION OF NON-SERVICE** | Ref. No. or File No.: |

I, CHRISTINA M. ROBERTSON, depose and say that:

I received the within

Summons; Complaint; Civil Case Cover Sheet (served in complex cases only); NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE

on 10/07/2013 at 04:56 PM to be served upon:

SHANNON CARTER

After a careful inquiry and due diligence, I have been unable to effect personal service or substituted service upon

SHANNON CARTER

The following attempts at service were made:

20 visits to SHANNON CARTER at SEE STATUS FOR ADDRESSES ATTEMPTED:, , :

| DATE & TIME | REMARKS: |
|---|---|
| 10/08/2013–06:47 PM | NO ANSWER – RESIDENTIAL 1720 TONINI DRIVE, APT 100, SLO, CA. 93405 |
| 10/09/2013–09:44 PM | NO ANSWER AT THE DOOR – BACK PORCH HAS A FEW BELONGINGS ON IT, NO ANSWER AT THE NEIGHBORS, MOVING TRUCK OUTSIDE. 1720 TONINI DRIVE, APT 100, SLO, CA. 93405 |
| 10/10/2013–07:22 AM | NO ANSWER AT THE DOOR – 1720 TONINI DRIVE, APT 100, SLO, CA. 93405 |
| 10/10/2013–08:02 PM | NO ANSWER AT THE DOOR – SPOKE TO NEIGHBOR WHO THINKS THEY MOVED OUT. 1720 TONINI DRIVE, APT 100, SLO, CA. 93405 |
| 10/11/2013–01:13 PM | NO ANSWER AT THE DOOR – 1720 TONINI DRIVE, APT 100, SLO, CA. 93405 |
| 10/12/2013–07:15 AM | NO ANSWER AT DOOR – NO CHANGES – 1720 TONINI DRIVE, APT 100, SLO, CA. 93405 |
| 10/13/2013–05:17 PM | NO ANSWER AT DOOR, NO CHANGES, LEFT CARD – 1720 TONINI DRIVE, APT 100, SLO, CA. 93405 |
| 10/14/2013–06:29 PM | NO ANSWER AT DOOR – NO CHANGES, CARD GONE – 1720 TONINI DRIVE, APT 100, SLO, CA. 93405 |
| 10/15/2013–09:10 PM | RESIDENTIAL – ADDRESS IN SAME COMPLEX AS OTHER ATTEMPTED ADDRESS – DOORMAT HAS A 'C' ON IT. 1630 TONINI DRIVE, APT 3, SLO, CA. 93405 |

| Date/Time | Notes |
|---|---|
| 10/16/2013−11:21 AM | NO ANSWER AT DOOR − DOGS INSIDE, AC IS ON. 1630 TONINI DRIVE, APT 3, SLO, CA. 93405 |
| 10/17/2013−08:03 AM | NO ANSWER AT DOOR − DOGS INSIDE, AC IS ON. 1630 TONINI DRIVE, APT 3, SLO, CA. 93405 |
| 10/18/2013−04:50 PM | NO ANSWER AT DOOR − DOGS INSIDE, AC IS ON. 1630 TONINI DRIVE, APT 3, SLO, CA. 93405 |
| 10/19/2013−12:15 PM | NO ANSWER AT DOOR − DOGS INSIDE, AC IS ON. 1630 TONINI DRIVE, APT 3, SLO, CA. 93405 |
| 10/20/2013−09:19 PM | NO ANSWER AT DOOR, DOGS INSIDE, AC IS ON, LIGHTS ON UPSTAIRS. SERVICE BELIEVES THAT WHOEVER IS INSIDE IS EVADING SERVICE. SHE CAN HEAR SOMEONE INSIDE WALKING TO THE PEEP HOLE AND THEN WALKS AWAY. 1630 TONINI DRIVE, APT 3, SLO, CA. 93405 |
| 10/23/2013−06:21 PM | 3RD ADDRESS − NO ANSWER AT DOOR − PURPLE CAR OUTSIDE, BLINDS DRAWN − 571 NEWPORT AVE − GROVER BEACH, CA. 93433 |
| 10/27/2013−03:40 PM | SPOKE WITH CURRENT OCCUPANTS, THE CARTER FAMILY − JEANETTE AND TOM CARER LIVE HERE AND THEIR DAUGHTERS NAME IS BRIDGETTE, NOT SHANNON. THIS IS A BAD ADDRESS FOR SHANNON − 571 NEWPORT AVE GROVER BEACH, CA. 93433 |
| 11/02/2013−11:00 AM | NO ANSWER AT THE DOOR − 1720 TONINI DRIVE #100 SLO, CA. 93405 |
| 11/02/2013−11:15 AM | NO ANSWER AT DOOR − 1630 TONINI DRIVE, APT 3, SLO, CA. 93405 |
| 11/03/2013−04:10 PM | NO ANSWER AT DOOR − 1630 TONINI DRIVE, APT 3, SLO, CA. 93405 |
| 11/03/2013−04:20 PM | NO ANSWER AT EITHER DOOR − BOTH RESIDENCES ARE OCCUPIED. I SPOKE WITH THE MANAGER AND THEY WOULD NOT TELL ME ANYTHING. ONE NEIGHBOR AT THE 100'S UNIT STATES THAT IT IS OCCUPIED AS WELL, BUT THEY JUST MOVED IN AND DO NOT KNOW ANYTHING ABOUT THE NEIGHBORS. SERVER BELIEVES THAT SUBJECTS ARE EVADING AND MORE ATTEMPTS ARE NOT USEFUL WITHOUT A STAKEOUT. |

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X _____
CHRISTINA W. ROBERTSON
JPL Process Service
P.O. Box 918
Midway City, CA  92655
866.754.0520
Our File# 31861