| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>NAOMI JANE GRAY (Bar#: )<br>HARVEY SISKIND LLP<br>4 EMBARCADERO CENTER, 39TH FLOOR<br>SAN FRANCISCO, CA 94111<br>TELEPHONE NO.: 415-354-0100   FAX NO. (Optional): 415-391-7124<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF DISTRICT COURTS<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: , CA<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: ASHLEY CANDLER<br>DEFENDANT/RESPONDENT: SHANNON CARTER | CASE NUMBER:<br>2:13-CV-02072LKK-CMK |
| SUPPLEMENTAL<br>**DECLARATION OF NON-SERVICE** | Ref. No. or File No.: |

I, CHRISTINA M. ROBERTSON, depose and say that:

I received the within

Summons; Complaint; Civil Case Cover Sheet (served in complex cases only); NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE

on **01/07/2014** at **08:56 AM** to be served upon:

**SHANNON CARTER**

After a careful inquiry and due diligence, I have been unable to effect personal service or substituted service upon

**SHANNON CARTER**

The following attempts at service were made:

4 visits to **SHANNON CARTER at 1630 TONINI DRIVE APT 3, San Luis Obispo, CA 93405:**

| DATE & TIME | REMARKS: |
|---|---|
| 01/08/2014–11:09 AM | NO ANSWER |
| 01/09/2014–07:00 AM | I SAT FOR OVER 90 MINUTES AT THE LOCATION, THERE WAS NO MOVEMENT AND THERE ARE NO CHANGES. |
| 01/12/2014–06:00 PM | NO ANSWER AT THE DOOR – DEFENDANT IS UNSTAIRS BUT REFUSES TO OPEN DOOR – UNABLE TO GET A DESCRIPTION. |
| 01/26/2014–05:00 PM | RETURNED, NONE SERVED ON SUBJECT |

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X _____
CHRISTINA M. ROBERTSON
JPL Process Service
P.O. Box 918
Midway City, CA  92655
866.754.0520
Our File# 33243