| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>NAOMI JANE GRAY (Bar#: )<br>HARVEY SISKIND LLP<br>4 EMBARCADERO CENTER, 39TH FLOOR<br>SAN FRANCISCO, CA 94111<br>TELEPHONE NO.: 415-354-0100   FAX NO. (Optional): 415-391-7124<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF DISTRICT COURTS<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: , CA<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: ASHLEY CANDLER | CASE NUMBER: |
| DEFENDANT/RESPONDENT: SHANNON CARTER | 2:13-CV-02072LKK-CMK |
| **DECLARATION OF NON-SERVICE** | Ref. No. or File No.: |

I, **ROGER CLEMONS**, depose and say that:

I received the within

Summons; Complaint; Civil Case Cover Sheet (served in complex cases only); NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE

on **01/07/2014** at **08:56 AM** to be served upon:

**SHANNON CARTER**

After a careful inquiry and due diligence, I have been unable to effect personal service or substituted service upon

**SHANNON CARTER**

The following attempts at service were made:

2 visits to **SHANNON CARTER** at **1639 MURFREESBORO RD. #130, LEBANON, TN 37090:**

| DATE & TIME | REMARKS: |
|---|---|
| 01/08/2014--06:30 PM | DEFENDANT NA – NO ANSWER AT DOOR AT TIME OF ATTEMPT. SPOKE WITH PROPERTY MANAGER THAT STATED THEY DID NOT KNOW THE DEFENDANT AND THE INDIVIDUAL LIVING AT ADDRESS HAS BEEN THERE FOR 4 YEARS. |
| 01/13/2014--05:05 PM | BAD ADDRESS – NOT KNOWN BY CURRENT TENANT, CATHY DIAMATO. NOT KNOWN BY OTHER PEOPLE AT THE MANAGEMENT OFFICE. |

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

x _____
ROGER CLEMONS
JPL Process Service
P.O. Box 918
Midway City, CA 92655
866.754.0520
Our File# 33244