NAOMI JANE GRAY (SBN 230171)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
ngray@harveysiskind.com

Attorneys for Plaintiff
ASHLEY CANDLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ASHLEY CANDLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHANNON CARTER, an individual,<br><br>Defendants | Case No. 13-cv-02072-LKK-CMK<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR SERVICE BY PUBLICATION AND EXTENSION OF TIME**<br><br>**HONORABLE LAWRENCE K. KARLTON** |

Pursuant to Civil Local Rule 230 and this Court's Order dated January 7, 2014, Plaintiff Ashley Candler applies *ex parte* for an order permitting service of process by publication and for an extension of time within which to complete service of process. Having reviewed the papers in support of the application, it appears to the satisfaction of the Court that Defendant Shannon Carter ("Defendant") cannot with reasonable diligence be served in any manner other than by publication as specified in California Civil Procedure Code § 415.50, and that Plaintiff Ashley Candler has stated a cause of action against Defendant. Therefore, good cause appearing therefor,

IT IS HEREBY ORDERED THAT the Summons in the above-referenced action be served by publication in (1) The Tennessean Newspaper, a newspaper of general circulation published in

-1-

Lebanon and Antioch, Tennessee; and (2) the San Luis Obispo Tribune, a newspaper of general circulation published in San Luis Obispo, hereby designated as the newspapers most likely to give Defendant actual notice of the action. The Summons shall be published once a week for four consecutive weeks.

IT IS FURTHER ORDERED THAT, for good cause shown, Plaintiff's time to complete service of process shall be extended for a period of sixty days, up to and including April 22, 2014.

**IT IS SO ORDERED.**

Dated: March 3, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR SERVICE BY PUBLICATION AND EXTENSION OF TIME WITHIN WHICH TO COMPLETE SERVICE OF PROCESS
Case No: 13-cv-02072-LKK-CMK