IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY CANDLER, | No. 2:13-cv-2072-LKK-CMK |
| Plaintiff, | |
| vs. | ORDER |
| SHANNON CARTER, | |
| Defendant. | |
| _____/ | |

       Plaintiff, proceeding with counsel, brings this civil action against a pro se defendant. Pursuant to Eastern District of California Local Rule 302(c)(21), this matter was referred to the undersigned for all pretrial proceedings. A scheduling conference was held on September 3, 2014, at 10:00 a.m. before the undersigned in Redding, California. Naomi Jane Gray, Esq., appeared for plaintiff. No appearance by defendant.

       Defendant has appeared in this action by way of an answer filed June 30, 2014. Since then, there has been no action taken by defendant, including filing a status report prior to the scheduling conference as required by the local rules and court order. Defendant is cautioned that her continued failure to participate in this litigation may be cause for sanctions. She is encouraged to keep open communication with plaintiff's counsel, familiarize herself with the

local rules (available on the Court's website), and file any and all documents required by either court order or the local rules.

Upon consideration of plaintiff's status report, discussion at the conference, and good cause appearing therefor, the court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

1. Initial disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1), shall be exchanged by the parties no later than September 17, 2014;

2. The parties shall exchange lists of expert witnesses no later than May 18, 2015. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e). Failure to comply with these requirements may result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness;

3. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by July 20, 2015;

4. All other pre-trial motions, including dispositive motions, shall be noticed to be heard by September 14, 2015;

5. The pre-trial conference and trial will be set at a later date, before the Honorable John A. Mendez, 501 I Street, 14th Floor, Sacramento, California.

IT IS SO ORDERED.

DATED: September 4, 2014

　　　　　　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE