IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY CANDLER, | No. 2:13-CV-2072-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| SHANNON CARTER, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Defendant originally appeared pro se and, on May 2, 2014, the matter was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). Because defendant is now represented by counsel (see Doc. 26), the matter is referred back to the assigned District Judge. See id.

IT IS SO ORDERED.

DATED: August 29, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1